# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KEITH WAGNER, | : | Case No. 1:20-cv-913 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| FREEMAN ENCLOSURE SYSTEMS, LLC, | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised by the parties that this matter has settled, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:  */s/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND